UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JAMES L. WILSON, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. 4:06-CV-702-SNL |
| ) | |
| JAMES PURKETT, ) | |
| ) | |
| Respondent. | |

### ORDER OF DISMISSAL

**IT IS HEREBY ORDERED** that the instant 28 U.S.C. § 2254 petition for a writ of habeas corpus is **DISMISSED**, without prejudice, because it is time-barred under 28 U.S.C. § 2244(d)(1).

**IT IS FURTHER ORDERED** that petitioner is **DENIED** a certificate of appealability if he appeals this order of dismissal.

Dated this 9th day of August, 2006.

_____
SENIOR UNITED STATES DISTRICT JUDGE